UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FRANCISCO DIAZ, VICENTE GONZALEZ, and PAUL MARTIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 19-CV-668-JED-FHM |
| CYPRESS ENERGY MANAGEMENT TIR, LLC, and TULSA INSPECTION RESOURCES, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This employment action comes before the Court on the defendants' motion (Doc. 15) to compel arbitration as to Plaintiffs Francisco Diaz and Vicente Gonzalez. The defendants argue that Plaintiffs Diaz and Gonzalez are contractually obligated to arbitrate their claims. Both Diaz and Gonzalez signed employment agreements in which they agreed that "any dispute, controversy or claim arising out of or related to in any way to [sic] the parties' employment relationship . . . shall be submitted to and decided by binding arbitration in Tulsa, Tulsa County, Oklahoma." (Docs. 15-1, 15-2 ¶ 4). The defendants' motion to enforce this provision is unopposed. (*See* Doc. 17).

Accordingly, the defendants' motion to compel arbitration (Doc. 15) is **granted**. The case is hereby **stayed** pending arbitration under the terms of the agreement, and the Clerk shall administratively close this case until further order of the Court.

SO ORDERED this 26th day of October 2020.

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT